IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ROBYN HUSKEY, Mother on Behalf of
Abbygale Dawn Huskey and JANICE
MARIE, Grandmother                                                      PLAINTIFFS

v.                          No. 5:14-cv-369-DPM

THERESA FRENCH, Judge, Drew County Arkansas
Circuit Court Juvenile Division; BILL HUSKEY,
Paternal Grandfather; JEREMY LOUIS HUSKEY,
Father of Minor; KATHY JOHNSTON; JERE
JOHNSTON; MARGIE SAVAGE; CHARLES
SYNDNEY GIBSON, Attorney for Kathy Johnston
and Billy Johnston; CHUCK GIBSON, Attorney for
Kathy Johnston and Billy Johnston; DENISE MCMILLAN,
Attorney for Robyn Huskey and Janice Marie;
SANDRA BRADSHAW; BARBARA WRIGHT-
LANGHAMMER; BYNUM GIBSON, Judge, Drew County
Arkansas Circuit Court; DON GLOVER, Judge, Drew
County Arkansas Circuit Court; and KENNETH
JOHNSON, Judge, Drew County Arkansas
Circuit Court                                                                   DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

*D.P. Marshall Jr.* (signature)

D.P. Marshall Jr.
United States District Judge

29 October 2014